**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Maria Lopez-Rhodas, Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2018-000638

---

Appeal From Horry County
Jan B. Bromell Holmes, Family Court Judge

---

Unpublished Opinion No. 2019-UP-114
Submitted February 27, 2019 – Filed March 19, 2019

---

**AFFIRMED**

---

Melinda Inman Butler, of The Butler Law Firm, of
Union, for Appellant.

Paola Christina Pinzon, of Paola C Pinzon LLC, of
Conway, as Guardian ad Litem for Appellant.

Ernest Joseph Jarrett, of Jenkinson Jarrett & Kellahan,
PA, of Kingstree, for Respondent.

Ryan A. Stampfle, of Indigo Family Law, LLC, of Surfside Beach, for the Guardian ad Litem.

---

**PER CURIAM:**  Maria Lopez-Rhodas appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2018).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Lopez-Rhodas's counsel.

**AFFIRMED.**[1]

**WILLIAMS, GEATHERS, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.